# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>WILLIAM EDWARD NICHOLSON<br><br>Date of Original Judgment: April 6, 2005<br>Date of Previous Amended Judgment: December 4, 2008<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)  Case No: 5:04-CR-166-6H<br>)  USM No: 24571-056<br>)<br>)<br>)  Thomas P. McNamara<br>   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

While the amendment would have the effect of lowering the defendant's guideline range, the court could not impose a sentence below the existing 120 months sentence because of the mandatory minimum.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated December 4, 2008 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 12/20/2012

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Malcolm J. Howard, US District Judge
*Printed name and title*